IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 00-1947 |
| v. ) | |
| ) | Mis. No. 03-28 |
| PAUL J. PAVLOCAK and ) | |
| ROSEMARY B. PAVLOCAK, ) | |
| ) | |
| Defendants. ) | |

## PRAECIPE TO SATISFY JUDGMENT

TO:   PROTHONOTARY

Kindly satisfy the judgment in connection with the above-referenced matter and mark the docket accordingly.

McGRATH & ASSOCIATES, P.C.

By: /s/ Eric D. Rosenberg
Eric D. Rosenberg, Esquire
PA I.D. No. 87310
Attorneys for Plaintiff
Three Gateway Center
401 Liberty Avenue, 13th Floor
Pittsburgh, Pennsylvania 15222
Telephone: 412-281-4333
Facsimile: 412-281-2141

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this Praecipe to Satisfy Judgment was served on the following parties by First-Class U.S. Mail, postage pre-paid, on the 9th day of February, 2006.

Paul J. Pavlocak and
Rosemary B. Pavlocak
2351 Route 819
Mount Pleasant, PA 15666
*Defendants*

John P. Lacher, Esquire
960 Penn Avenue, Suite 1200
Pittsburgh, PA 15222
rol@lampllaw.com
*Counsel for Defendants*

McGRATH & ASSOCIATES, P.C.

By: /s/ Eric D. Rosenberg
Eric D. Rosenberg, Esquire
PA I.D. No. 87310
Attorneys for Plaintiff
Three Gateway Center
401 Liberty Avenue, 13th Floor
Pittsburgh, Pennsylvania 15222
Telephone: 412-281-4333
Facsimile: 412-281-2141